IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Stephen R. Fisher and | ) | Bankruptcy No. 19-20715 JAD |
| Cynthia M. Fisher, | ) | Chapter 13 |
| | ) | Related to Claim No. 5 |
| Debtors | ) | |
| | ) | |
| US Bank Trust, N.A. | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Stephen R. Fisher and | ) | |
| Cynthia M. Fisher, | ) | |
| | | |
| Respondents | | |

**DECLARATION THAT NO AMENDED PLAN IS NECESSARY**

AND NOW, come the debtors, Stephen R. Fisher & Cynthia M. Fisher, by and through their attorney, Kenneth Steidl and Steidl and Steinberg, and respectfully represent as follows:

1. Debtors' attorney has been notified that the monthly mortgage payment is now $424.06.

2. The Plan is adequately funded and no amended Plan is necessary in this case. The new post-petition monthly mortgage payment payable to US Bank Trust, N.A. in the sum of $424.06 is effective April 1, 2020 per the Notice of Mortgage Payment Change dated March 10, 2020.

Respectfully submitted,

April 29, 2020
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965